```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------------
UNITED STATES OF AMERICA

    - against -

MOHSIN SUHAN,

           Defendant.

24-cr-109-4 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Government should respond to the application by the defendant, Mohsin Suhan, for reconsideration of the denial of his application for bail by **October 11, 2024**. The Court will hold a hearing on the application on **October 17, 2024**, at **2:30 p.m.** in Courtroom 14A, United States Courthouse, 500 Pearl Street, New York, NY 1007.

SO ORDERED.

Dated:   New York, New York
        October 7, 2024

                                            John G. Koeltl
                                      United States District Judge