UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-　　　　　　　　　　　　　　　　　　　　24 cr 109 (JGK)

MOHSIN SUHAN,　　　　　　　　　　　　　　　　　　　　**ORDER**
               Defendant.
------------------------------------------------------------X

      A conference regarding possible substitution of attorney for the defendant Mohsin Suhan will be held on **Wednesday, April 2, 2025, at 12:00pm.** Counsel for defendant Suhan plus counsel for the Government, as well as the CJA Duty counsel for April 2, 2025, shall appear for the conference.

**SO ORDERED.**

                                                                      JOHN G. KOELTL
                                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       March 26, 2025