UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-                                               24 cr 109-04 (JGK)

MOHSIN SUHAN,
                      Defendant.
------------------------------------------------------------X

      It is hereby ordered that John M. Burke, Esq., is appointed as counsel for the defendant,

Mohsin Suhan, for all purposes, replacing Jeffrey Chabrowe, Esq.

**SO ORDERED.**

                                                                      JOHN G. KOELTL
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 2, 2025