5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA                          :

      -against-                                  :                    **ORDER**

    MOHSIN SUHAN                                   :

                                   :                    <u>24CR109-04(JGK)</u>
                                        Docket #

------------------------------------------x


<u>Hon. Jed S. Rakoff</u>    , **DISTRICT JUDGE:**
       Judge's Name

The C.J.A. attorney assigned to this case

<u>   John Burke               </u> is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>Thomas Ambrosio          </u>, NUNC-PRO-TUNC <u>          </u>.

              Attorney's Name


                        SO ORDERED.


                              _____
                           UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         8/13/25